GUM, APPELLANT, *v.* CLEVELAND ELECTRIC ILLUMINATING COMPANY, APPELLEE.

[Cite as *Gum v. Cleveland Elec. Illum. Co.* (1998), 81 Ohio St.3d 1243.]

(No. 97–654—Submitted February 18, 1998—Decided April 1, 1998.)

*Lancione & Simon P.L.L.*, *John G. Lancione* and *John A. Lancione*, for appellant.

*Calfee, Halter & Griswold L.L.P.* and *Mark I. Wallach; Gregorg A. Cada* and *George R. Hicks, Jr.*, for appellee.

This cause is dismissed, *sua sponte*, as having been improvidently allowed.

The court orders that the court of appeals' opinion not be published in the Ohio Official Reports, and that it may not be cited as authority except by the parties *inter se.*

MOYER, C.J., RESNICK, F.E. SWEENEY, T. BRYANT and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and PFEIFER, JJ., dissent.

THOMAS F. BRYANT, J., of the Third Appellate District, sitting for COOK, J.